IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DONNIE STANDLEY, | Case No. CV-21-22-GF-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| DEVERA and TILLMAN, | |
| Defendants. | |

The parties in this matter have filed a stipulation requesting the Court dismiss the matter with prejudice, each party to bear their own costs and attorneys' fees.  With good cause appearing therefore;

IT IS ORDERED that this case is dismissed with prejudice.  Each party shall bear their own costs and attorneys' fees.

DATED this 23rd day of July 2026

_____
Brian Morris, Chief District Judge
United States District Courts